NOVEMBER 27, 1992

No. 92–742. CURTIS *v.* ALUMINUM ASSN., INC., ET AL. Ct. App. D. C. Certiorari dismissed as to respondent Aluminum Association, Inc., under this Court's Rule 46. 

NOVEMBER 30, 1992

No. 91–1766. CHURCH OF SCIENTOLOGY OF CALIFORNIA *v.* UNITED STATES ET AL. C. A. 9th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Church of Scientology of Cal.* v. *United States, ante,* p. 9.

No. —— ——. ANGELETAKIS *v.* CALIFORNIA. Motion for leave to proceed *in forma pauperis* without an affidavit of indigency executed by petitioner granted.

No. —— ——. REED *v.* AMAX COAL CO.; and
No. —— ——. FOLEY *v.* SULLIVAN, SECRETARY OF HEALTH AND HUMAN SERVICES. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. D–1147. IN RE DISBARMENT OF LEBEN. Disbarment entered. [For earlier order herein, see 505 U. S. 1238.]

No. D–1151. IN RE DISBARMENT OF MOORE. Disbarment entered. [For earlier order herein, see 505 U. S. 1241.]

No. D–1157. IN RE DISBARMENT OF HORN. Disbarment entered. [For earlier order herein, see 505 U. S. 1241.]

No. D–1158. IN RE DISBARMENT OF SPECINER. Disbarment entered. [For earlier order herein, see 505 U. S. 1242.]

No. D–1173. IN RE DISBARMENT OF ROMER. Disbarment entered. [For earlier order herein, see *ante,* p. 912.]

No. D–1187. IN RE DISBARMENT OF O'LEARY. Disbarment entered. [For earlier order herein, see *ante,* p. 937.]